IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>ERIC DOWNING<br><br>Defendant. | Case No.: 6:26-mj-00039-HBK<br><br>Hon. Helena M. Barch-Kuchta<br><br>ORDER GRANTING<br>REQUEST TO APPEAR REMOTELY |

Good cause appearing, IT IS ORDERED:

1. Defense counsel, Marc Days, is authorized to appear remotely at the status conference set for November 24, 2026, and at all future hearings in this matter, unless otherwise ordered, before the Honorable Helena M. Barch-Kuchta.
2. The proceeding will occur via Zoom or another Court-designated platform; the Courtroom Deputy will provide connection details and instructions.
3. Counsel must use a stable connection and appear from a quiet, private location.
4. Recording, photography, or rebroadcasting is prohibited.

Dated: October 30, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE